FILED: DECEMBER 08, 2008
08CV7020
JUDGE HART
MAGISTRATE JUDGE MASON
RCC

Case: 1:08-cv-07020 Document #: 1 Filed: 12/08/08 Page 1 of 10 PageID #:1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| EDWARD DAY, | **COMPLAINT** |
| Plaintiff, | |
| v. | Civil Action No. |
| CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE RECEIVABLES and FFPM CARMEL HOLDINGS I, LLC, | |
| Defendant. | |

---

## COMPLAINT

**I.   INTRODUCTION**

1. This action is brought by Plaintiff Edward Day for statutory damages against Defendant Credit Bureau of Napa County, Inc. and FFPM Carmel Holdings I, LLC, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and the California Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq. (hereinafter referred to as "CA FDCPA").

**II.   JURISDICTION**

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Supplemental jurisdiction for all state law claims is available pursuant to 28 U.S.C. § 1367.  Venue is proper in this district as all relevant events took place here.

**III.     PARTIES**

3.  Plaintiff Edward Day is an individual who resides in Des Plaines, Illinois.

4.  Mr. Day is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.  Defendant Credit Bureau of Napa County, Inc. (hereinafter referred to as "CBNC") is a corporation organized under the laws of the State of California located at 1247 Broadway, Sonoma, California.

6.  CBNC does business as Chase Receivables.

7.  CBNC is licensed by the State of Illinois as a collection agency, License Number 017020309.

8.  CBNC is engaged in the collection of debts from Illinois consumers using the mail and telephone.

9.  CBNC regularly attempts to collect consumer debts alleged to be due to another.

10. CBNC was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

11. Defendant FFPM Carmel Holdings I, LLC ("FFPM") is a business organized under the laws of the State of Delaware with an office located at 2800 North 44th Street, Suite 310, Phoenix, Arizona.

12. FFPM is engaged in the collection of debts from Illinois consumers using the mail and telephone.

13. FFPM regularly purchases defaulted debts.

14. FFPM regularly engages the services of debt collectors to collect the defaulted debts FFPM purchases.

15. FFPM regularly attempts to collect consumer debts alleged to be due to another.

16. FFPM was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV. FACTUAL ALLEGATIONS

17. Mr. Day incurred an alleged debt o HSBC Card Services (hereinafter referred to as "the Debt").

18. The Debt was incurred for personal, family, or household purposes, *i.e.*, personal purchases on a credit card.

19. The Debt was sold to FFPM after it entered default.

20. FFPM referred, assigned, or otherwise provided the Debt to CBNC.

21. On or about June 6, 2008, CBNC arranged for the preparation and transmittal of a letter to Mr. Day at his residence in an attempt to collect the Debt. A copy of CBNC's June 6, 2008, correspondence is attached hereto as Exhibit A.

22. Exhibit A contains near the upper right-hand corner:

**RE: FFPM CARMEL I LLC**

For: HSBC CARD SERVICES

**Chase# 02998068**

**TOTAL BALANCE: $     786.45**

23. Exhibit A contains:

THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
\*\*\*P A S T   D U E\*\*\*

24. Exhibit A contains the validation notice required by 15 U.S.C. § 1692g.

25. On or about June 6, 2008, CBNC arranged for the preparation and transmittal of a second letter to Mr. Day at his residence in an attempt to collect the Debt. A copy of CBNC's

second June 6, 2008, correspondence is attached hereto as <u>Exhibit B</u>.

26. <u>Exhibit B</u> contains near the upper right-hand corner:

**RE: FFPM CARMEL I LLC**

For: HSBC CARD SERVICES

**Chase# 02998068**

**TOTAL BALANCE: $     786.45**

27. <u>Exhibit B</u> contains:

800-622-0484

PLEASE HAVE YOUR CHASE# READY WHEN YOU CALL

P R O T E C T    Y O U R    C R E D I T    ! ! !

WHY HAVEN'T WE HEARD FROM YOU ? !

IF THIS ACCOUNT IS NOT PAID TODAY,

IT MAY STOP YOU FROM OBTAINING CREDIT TOMORROW.

A C T    N O W  ! !

SEND THE TOTAL AMOUNT DUE OR CALL T O D A Y  ! !

28. On or about July 8, 2008, CBNC arranged for the preparation and transmittal of a second letter to Mr. Day at his residence in an attempt to collect the Debt.

29. CBNC's actions are imputed to FFPM.

**V.     COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT**

30. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

31. Defendant's violations of the FDCPA include, but are not limited to:

      A.    creating a false sense of urgency in violation of 15 U.S.C. §§ 1692e and e(10);

      B.    using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10);

      C.    contradicting and/or overshadowing the consumer's right to dispute the alleged debt within thirty days of receipt the language required by 15 U.S.C. § 1692g(a) in violation of 15 U.S.C. § 1692g(a).

32.    As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to a declaratory judgment that Defendant's actions violate the FDCPA, as well as an award of statutory damages, costs and reasonable attorney fees.

## VI.    COUNT TWO – CALIFORNIA FAIR DEBT COLLECTION PRACTICES ACT

33.    Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

34.    Defendant's violations of the CA FDCPA include, but are not limited to:

      A.    falsely representing that information concerning a debtor's failure or alleged failure to pay a consumer debt has been or is about to be referred to a consumer reporting agency in violation of Cal. Civ. Code § 1788.13(f); and

      B.    making false, deceptive and abusive statements in an attempt to collect a debt or otherwise violating 15 U.S.C § 1692b through 1692j in violation of Cal. Civ. Code § 1788.17.

35.    As a result of Defendants' violations of the CA FDCPA Plaintiff is entitled to a declaratory judgment that Defendants' actions violate the CA FDCPA, as well as an award of statutory damages, costs and reasonable attorney fees.

**VII.    REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Edward Day requests that judgment be entered in his favor against Defendants Credit Bureau of Napa County, Inc. and FFPM Carmel Holdings I, LLC, for:

- A.    Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

- B.    Statutory damages pursuant to Cal. Civ. Code § 1788.30;

- C.    Declaratory judgment that Defendants' practices violate the FDCPA and CA FDCPA;

- D.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788.30;  and

- E.    For such other relief as the Court may find to be just and proper.


    s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

1247 Broadway
Sonoma, CA 95476
PERSONAL & CONFIDENTIAL

Address Service Requested

#BWNFTZF #CHRD84518806059#

|..||..||..,..||.||.|.|.||..||....|.||..||.|..|...|||

EDWARD E DAY  02998068-1P
640 MURRAY LN UNIT 303
DES PLAINES, IL 60016-9002

**CHASE RECEIVABLES**
A Professional Collection Agency
800-622-0484

PLEASE CALL BETWEEN
Monday-Friday 5am to 7:30pm PST

June 6, 2008

**RE: FFPM CARMEL I LLC**

For: HSBC CARD SERVICES

**Chase# 02998068**

**TOTAL BALANCE: $   786.45**

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
\*\*\* P A S T   D U E \*\*\*

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY
CHECK IT OUT, CALL US.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Please see the reverse side for the possibility of additional information.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____   Work Phone: _____

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

FFPM CARMEL I LLC
5155990000400691
**Chase# 02998068-1P**
CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA 95476

EDWARD E DAY
640 MURRAY LN UNIT 303
DES PLAINES, IL 60016-9002

AMOUNT: $   786.45

# E<small>XHIBIT</small> B

1247 Broadway
Sonoma, CA 95476
PERSONAL & CONFIDENTIAL

Address Service Requested

#BWNFTZF #CHRE20878806062#

|ılll..Jl..Jl.....ıl..ll...l.l..ll...ll.....l.ll...ll..l...lll

EDWARD E DAY 02998068-44
640 MURRAY LN UNIT 303
DES PLAINES, IL 60016-9002

**CHASE RECEIVABLES**
A Professional Collection Agency

800-622-0484

PLEASE CALL BETWEEN
Monday-Friday 5am to 7:30pm PST

June 6, 2008

**RE: FFPM CARMEL I LLC**

For: HSBC CARD SERVICES

**Chase# 02998068**

TOTAL BALANCE: $     786.45

---

800-622-0484

PLEASE HAVE YOUR CHASE# READY WHEN YOU CALL

P R O T E C T    Y O U R    C R E D I T   !!!

WHY HAVEN'T WE HEARD FROM YOU ?!

IF THIS ACCOUNT IS NOT PAID TODAY,

IT MAY STOP YOU FROM OBTAINING CREDIT TOMORROW.


A C T    N O W   !!

SEND THE TOTAL AMOUNT DUE OR CALL   T O D A Y   !!


THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.   THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

PLEASE SEE REVERSE SIDE FOR THE POSSIBILITY OF ADDITIONAL INFORMATION.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____        Work Phone: _____

**PAY ON LINE www.chaserec.com/paymethod.php**

To access your account online use the following PIN# 30486

Payment Methods Available:  Credit  Card,  Electronic  Payments  over  the  phone,
Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City
Code=Chase Receivables, Score CA.)

FFPM CARMEL I LLC
5155990000400691
**Chase# 02998068-44**
CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA  95476

EDWARD E DAY
640 MURRAY LN UNIT 303
DES PLAINES, IL 60016-9002

AMOUNT: $     786.45